RECEIVED

JUL 2 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Wilson | Civil Action No. 17-cv-00427 |
| versus | Judge Rebecca F. Doherty |
| Ace American Insurance Co, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED:**

(1) that the Motion to Remand filed by plaintiff, Taurein D. Wilson [Rec. Doc. 8], is GRANTED, and that the case is hereby remanded to the 27th Judicial District Court for the Parish of St. Landry, State of Louisiana; and,

(2) that the Motion To Dismiss for Lack of Subject Matter Jurisdiction filed by defendants, Patrick W. Aaron, Jr. and Safeway Insurance Co of Louisiana [Rec. Doc. 10], is **DENIED,** as moot.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24 day of July, 2017.

Rebecca F. Doherty
United States District Judge